WILLIAM T. NEWBURY, APPELLANT, v. RULIFF V. LAWRENCE, JUDGE, ETC., ET AL., RESPONDENTS.

Submitted May 28, 1926—Decided September 16, 1926.

On appeal from the Supreme Court, whose *per curiam* is printed in 4 *N. J. Mis. R.* 267.

For the appellant, *James Mercer Davis.*

For the respondents, *Stokes & McDermott.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the *per curiam* opinion delivered in the Supreme Court.

*For affirmance*—THE CHIEF JUSTICE, PARKER, MINTURN, KALISCH, BLACK, CAMPBELL, WHITE, VAN BUSKIRK, MC-GLENNON, KAYS, HETFIELD, JJ. 11.

*For reversal*—None.